# PD-0036-15

PD-0036-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 9:28:08 AM
Accepted 1/15/2015 4:22:41 PM
ABEL ACOSTA
CLERK

MARISOL CARVAJAL-GARCIA
ATTORNEY AT LAW
1600 E. MAIN STREET, SUITE 227
ALICE, TEXAS 78332
361.668.4989 PHONE
361.664.1003 FACSIMILE

FILED IN
COURT OF CRIMINAL APPEALS

January 8, 2015

JANUARY 15, 2015

ABEL ACOSTA, CLERK

***Via E-FILE***
Abel Acosta, Clerk of the Court
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas  78701

      Re:     Cause No. _____; Enrique Gonzalez, Jr. vs. State of Texas

Dear Mr. Acosta:

In reference to the above-styled cause, enclosed herewith for filing please find Appellant's First Unopposed Motion to Extend Time to File Petition for Discretionary Review.

Opposing counsel is being provided with a copy of the same by the method indicated below.

If you have any questions or concerns, please do not hesitate to contact me.

                Sincerely,

                */s/ Marisol Carvajal-Garcia*

                Marisol Carvajal-Garcia

MCG/jac
Enclosure
xc:    Enrique Gonzalez, Jr.

     Office of the District Attorney      ***Via EMAIL***
     229th Judicial District

**NO. _____**

| | | |
|---|---|---|
| **ENRIQUE GONZALEZ, JR.** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

**FIRST UNOPPOSED MOTION TO EXTEND TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Enrique Gonzalez, Jr., Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On December 10, 2014, the Court of Appeals affirmed appellant's conviction.  Enrique Gonzalez, Jr. v. State, Appellate Cause No. 04-13-00708-CR. This petition is therefore due on January 9, 2015.

2.     Counsel has been unable to complete the petition for the following reasons:  Trial Counsel's law partner was elected Jim Wells County Court at Law Judge and commenced work on January 1, 2015.  Thus trial counsel has acquired a substantial case load.  This Motion is not sought for delay but that justice may be done.

3.     The undersigned conferred with Rumaldo Solis, Jr., Assistant District Attorney for the 229th Judicial District, who indicated there was no opposition to this

request.

4. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until February 10, 2015, to file a petition for discretionary review.

Respectfully submitted,

Marisol Carvajal-Garcia
Attorney at Law
1600 E. Main St., Suite 227
Alice, Texas 78332
Tel: 361.668.4989
Fax: 361.664.1003

By: */s/ Marisol Carvajal-Garcia*
    Marisol Carvajal-Garcia
    State Bar No. 24065014
    marisolcarvajal@hotmail.com
    Attorney for Enrique Gonzalez, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on January 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Duval County, P.O. Drawer 1061, San Diego, Texas 78384, by E-mail.

*/s/ Marisol Carvajal-Garcia*
Marisol Carvajal-Garcia